IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT (SOUTHERN) DIVISION

| | |
|---|---|
| JOHN R. BROWN | ) |
| Plaintiff, | ) |
| | ) No. 8:12-cv-2920 |
| vs. | ) |
| | ) |
| MICHELLE SUZANNE CUMBERLAND and PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) ) ) **JURY DEMAND ENDORSED HEREON** |
| | ) |
| Defendants. | ) |

## COMPLAINT

NOW COMES the Plaintiff, JOHN R. BROWN, by and through his attorney, MITCHEL E. LUXENBURG, and for his Complaint against the Defendants, MICHELLE SUZANNE CUMBERLAND and PORTFOLIO RECOVERY ASSOCIATES, LLC, Plaintiff alleges and states as follows:

### PRELIMINARY STATEMENT

1. This is an action for damages for violations of the Fair Debt Collection Practices Act (hereinafter the "FDCPA"), 15 U.S.C. § 1692, *et seq*.

### JURISDICTION AND VENUE

2. Jurisdiction arises under the FDCPA, 15 U.S.C. § 1692, *et seq*. Venue lies properly in this district pursuant to 28 U.S.C. § 1391(b), as a substantial part of the events and omissions giving rise to the claim occurred within this District.

### PARTIES

3. Plaintiff is an individual who was at all relevant times residing in Callaway, Maryland.

4. Plaintiff is a "consumer" as defined in 15 U.S.C. § 1692a(3), as he is a natural person allegedly obligated to pay a debt.

5. At all relevant times, Defendants acted as a "debt collector" within the meaning of 15 U.S.C. § 1692a(6), in that they held themselves out to be a company collecting a consumer debt allegedly owed by Plaintiff.

6. The aforementioned alleged debt is a "debt" within the meaning of 15 U.S.C. § 1692a(5), in that it is an alleged obligation of Plaintiff to pay money arising out of a transaction in which the money, property, insurance and/or services which are the subject of the transaction were primarily for personal, family and/or household purposes.

7. On information and belief, Defendant, MICHELLE SUZANNE CUMBERLAND (hereinafter "Cumberland") is an individual residing in the State of Virginia with her principal business location in Alexandria, Virginia.

8. On information and belief, Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC (hereinafter "Portfolio Recovery"), is a limited liability company of the State of Delaware, which is licensed to do business in Maryland and which has its principal place of business in Wilmington, Delaware.

## ALLEGATIONS

9. On or about August 9, 2007, Cumberland, acting in her capacity as the attorney and/or authorized agent of Portfolio Recovery, filed a lawsuit against Plaintiff in the District Court of Maryland for Baltimore County in an attempt to collect an alleged debt allegedly owed by Plaintiff to Portfolio Recovery.

10. Plaintiff was never served with the Summons and Complaint, and no proof of service exists in the Court's file. Moreover, Plaintiff did not reside at the address listed in

Cumberland's court filings at the time the lawsuit was pending.  In fact, Plaintiff was incarcerated by the Maryland Division of Correction in a county other than Baltimore County during the entire time the lawsuit was pending.  Nonetheless, a default judgment was entered against Plaintiff in favor of Portfolio Recovery.

11. During the calendar month of June 2012, agents, representatives and/or employees of Portfolio Recovery garnished Plaintiff's bank account on the basis of the underlying defective judgment.

12. All of the actions of Cumberland as described above were undertaken as the attorney and authorized agent of Portfolio Recovery.

13. In its attempts to collect the aforementioned alleged debt, Defendants violated the FDCPA in one or more of the following ways:

> a. Representing or implying that nonpayment of the alleged debt would result in the seizure, garnishment, attachment and/or sale of Plaintiff's property or wages where such action was unlawful and/or Defendants did not intend to take such action, in violation of 15 U.S.C. § 1692e(4);
>
> b. Using a false, deceptive or misleading representation or means in connection with the collection of the alleged debt or to obtain information about Plaintiff, in violation of 15 U.S.C. § 1692e(10);
>
> c. Using an unfair or unconscionable means to attempt to collect a debt, in violation of 15 U.S.C. § 1692f;

3

      d.      Bringing a legal action against Plaintiff in a judicial district other than where Plaintiff resided at the commencement of the action or signed the contract upon which you are suing, in violation of 15 U.S.C. § 1692i(a)(2); and

      e.      By acting in an otherwise deceptive, unfair and unconscionable manner and failing to comply with the FDCPA.

14.    As a result of Defendant's violations as aforesaid, Plaintiff has suffered and continues to suffer personal humiliation, embarrassment, mental anguish and emotional distress.

WHEREFORE, Plaintiff, JOHN R. BROWN, respectfully prays for a judgment against Defendants as follows:

      a.      Statutory damages of $1,000.00 for each violation of the FDCPA;

      b.      All reasonable attorneys' fees, witness fees, court costs and other litigation costs incurred by Plaintiff; and

      c.      Any other relief deemed appropriate by this Honorable Court.

## JURY DEMAND

Pursuant to Civil Rule 38, Plaintiff hereby demands a trial by jury on all issues in this action, except for any issues relating to the amount of attorneys' fees and litigation costs to be awarded should Plaintiff prevail on any of his claims in this action.

5

        Respectfully Submitted,

        _____/s/_____

        Mitchel E. Luxenburg (29092)
        Luxenburg & Levin, LLC
        Attorney for Plaintiff
        23875 Commerce Park
        Suite 105
        Beachwood, OH 44122
        (888) 493-0770, ext. 301 (phone)
        (866) 551-7791 (facsimile)
        Mitch@LuxenburgLevin.com